IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                                     No. 16-10018-01-JTM

STEVEN R. HENSON, M.D.,
    Defendant.

## MEMORANDUM AND ORDER

The government previously moved for a designation of the case as complex for purposes of 18 U.S.C. § 3161; defendants voiced no objection to the request. (Dkt. 85). The factors justifying a determination of complexity have not changed. Therefore the court hereby adopts and incorporates its earlier Order (Dkt. 86, ¶¶ (a)-(d)) which granted the relief sought, and determines that, due to the unusual and complex nature of this case, the need for extra preparation and fair presentation of the evidence outweighs the interest of the public and the defendant in a speedy trial. The court continues the matter as complex and authorizes speedy trial exclusion under 18 U.S.C. § 3161(h)(7)(A), (B)(i) and (B)(ii).

IT IS SO ORDERED this 7th day of September, 2018.

                                                         J. Thomas Marten
                                                         J. THOMAS MARTEN, JUDGE